620

394 A.2d 628

Silverberg, Appellant, v. Silverberg.

Argued June 16, 1978. Luther E. Milspaw, Jr., for appellant; William J. Peters, for appellee.

Order affirmed.

394 A.2d 628

Stein Enterprises, Inc. v. Golla, Appellant.

Argued June 14, 1978. Louis M. Shucker, for appellant; No appearance entered nor brief submitted for appellee, Stein Enterprises, Inc.; G. Roderick Snyder, Assistant County Solicitor, for appellee, County of Berks.

Order affirmed.

HOFFMAN, VAN der VOORT, and SPAETH, JJ., dissented.